UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Maria Stewart, | No. 1:25-cv-01910-JLT-GSA |
| Plaintiff, | ORDER GRANTING IN PART EXTENSION TO FILE MSJ |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

The parties stipulate to a 56-day extension from April 10, 2026 to June 5, 2026 for Plaintiff to file an MSJ. However, this would hinder the Court's ability to manage its docket. A 42-day extension will be granted.

Accordingly, it is **ordered** that Plaintiff's MSJ deadline is extended to and including May 8, 2026.

IT IS SO ORDERED.

Dated:   __**March 29, 2026**__              _____**/s/ Gary S. Austin**_____
                                         UNITED STATES MAGISTRATE JUDGE