UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIA STEWART, | No.  1:25-cv-01910-JLT-GSA |
| Plaintiff, | ORDER DIRECTING STATEMENT OF DISPUTE |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

Plaintiff moves for leave to file a brief longer than 25 pages.  ECF No. 13.  However, Plaintiff does not indicate whether concurrence was sought or if the motion is disputed. Accordingly, Plaintiff is **DIRECTED** to seek concurrence and indicate the result of such efforts within 14 days of the entry of this order.

IT IS SO ORDERED.

Dated:   __May 15, 2026__          _____ **/s/ Gary S. Austin**
                         UNITED STATES MAGISTRATE JUDGE