JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Lisa Maria Stewart,

   Plaintiff,

  vs.

Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-01910-JLT-GSA

STIPULATION AND PROPOSED ORDER ON PLAINTIFF'S REQUEST FOR LEAVE TO FILE OPENING BRIEF GREATER THAN 25 PAGES

Plaintiff, through undersigned counsel, respectfully requests leave to file an Opening Brief in excess of the 25-page limit. Defendant does not object to this request.

Due to the extensively detailed Remand Order from the Federal District Court instructing the ALJ to resolve a number of distinctive issues, and Plaintiff's argument that the ALJ harmfully erred by failing to adequately address each issue, notably failing to provide the requisite clear and

1

convincing reasons for rejecting eye pain/headache symptomology; coupled with the fact that a summary of medical evidence and hearing testimony from **two** separate hearings are required to make these arguments, Plaintiff, through her undersigned attorney, respectfully requests Leave to File Plaintiff's Opening Brief greater than 25 pages.

Respectfully submitted,

Dated:  May 20, 2026      PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff



Dated:  _____                    ERIC GRANT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Head of Program Litigation 1
                                 Law & Policy
                                 Social Security Administration

                          By:  */s/ James Ki*
                                 James Ki
                                 Special Assistant United States Attorney
                                 Attorneys for Defendant
                                 (*As authorized by email on _____)

2

## ORDER

Pursuant to stipulation, it is granted in part to the extent Plaintiff's opening brief may exceed 25 pages, but it must be no more than 35 pages in length.


IT IS SO ORDERED.

   Dated:    **May 21, 2026**                    **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE